

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

June 3, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Allison Wickland v. City of New York, et al.</u>,
              22 Civ. 1554 (RA)

Your Honor:

      I am the attorney assigned to the defense of this action on behalf of the City of New York (the "City"). The City writes to respectfully request an adjournment of the initial conference scheduled for June 10, 2022, and an enlargement of time to respond to the Complaint. All counsel consent to this request.

      The reason for the request to adjourn the conference is due to the unavailability of the undersigned. The undersigned will be out on leave from June 6 through June 10, 2022. Accordingly, the City is writing to respectfully request that the Court adjourn this conference to June 24, 2022, or later, and set a deadline for a further status report for one week prior to the adjourned date.

      The City is also requesting an enlargement of time to respond to the Complaint. This is the second request for an enlargement of time to respond to the Complaint. This request is made because the City has not yet received documents necessary to respond to the allegations in the Complaint. The City is respectfully requesting the Court enlarge its time to respond to the Complaint to June 24, 2022.

The City thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Hannah V. Faddis*

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
*All counsel of record*

Application granted.

The conference is adjourned to July 1, 2022 at 2:15 p.m. The parties shall submit a joint letter in accordance with this Court's previous order by June 24, 2022.

The City's request for a corresponding extension of its time to respond to June 24, 2022 is also granted.

SO ORDERED.

Hon. Ronnie Abrams
06/06/22

2