

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
Senior Counsel
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

June 30, 2022

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

By separate order, this case will be referred to Judge Wang for general pretrial matters, including the rescheduled initial pretrial conference.

SO ORDERED.

Hon. Ronnie Abrams
07/01/22

Re: Allison Wickland v. City of New York, et al.,
22 Civ. 1554 (RA)

Your Honor:

I am the attorney assigned to represent the City of New York in the above-referenced matter. Defendant writes to respectfully request an adjournment of the initial conference scheduled in this matter for July 1, 2022. Defendants have not consulted with plaintiff, due to the emergent nature of this application.

The undersigned is assigned to the defense of a trial matter before the Hon. Kimba M. Wood, which began on June 21, 2022. The matter was expected to conclude before tomorrow's conference, but at this time is ongoing. Accordingly, the undersigned will be unavailable for tomorrow's conference. Defendant respectfully requests the Court adjourn this conference to a date convenient for the Court.

Defendant thanks the Court for its consideration and apologize for the lateness of this application.

Sincerely,

/s/

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

CC: **BY ECF**
*All Counsel of Record*