UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALLISON C WICKLAND,

                Plaintiff,                22-CV-1554 (RA) (OTW)

                -against-              **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

At the in-person Initial Case Management Conference on November 9, 2022, (ECF 70), the Court, after consulting with counsel, scheduled a telephonic Pre-Settlement Scheduling Call for December 8, 2022. (ECF 78). After scheduling the conference on the record <u>with all counsel present</u>, the Court entered a written scheduling order as well. (ECF 78). Nonetheless, counsel for the City of New York and counsel for Defendant Kestelman failed to appear for the telephonic conference and failed to seek an adjournment or inform other counsel of their unavailability.

The parties are warned that future disregard of the Court's orders may result in sanctions under Fed. R. Civ. P. Rule 16, 28 U.S. Code § 1927, and the Court's inherent authority.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: December 8, 2022
       New York, New York