UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALLISON C WICKLAND,

            Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

            Defendants.

-------------------------------------------------------------x

22-CV-1554 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 132. The Court issued a protective order on November 29, 2022. (ECF 84). The order permitted the parties to file objections within seven (7) days. (ECF 84). Failure to file objections within seven (7) days resulted in a waiver of objections by the parties. The parties did not file objections. Accordingly, in response to the parties' dispute on authorizations (ECF 132), the parties are directed to consult the protective order. If the parties find the authorizations fall outside of the scope of the protective order, they are directed to report so in their next monthly joint status letter.

      **SO ORDERED.**

Dated: May 3, 2023
      New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge