**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ALLISON C WICKLAND,                       :
                                          :
                Plaintiff,                :        22-CV-1554 (RA) (OTW)
                                          :
        -against-                         :        ORDER
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
                Defendants.               :
                                          :
                                          :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 145. The Court will hold an in-person Status Conference on **August 17, 2023, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a **joint proposed itemized agenda of no more than three pages** by **August 10, 2023**. The fact discovery deadline is extended *nunc pro tunc* from June 30, 2023, to **August 29, 2023.**

SO ORDERED.

_s/ Ona T. Wang_

Dated: July 7, 2023　　　　　　　　　　　　　　**Ona T. Wang**
New York, New York　　　　　　　　　　　　　United States Magistrate Judge