UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALLISON C WICKLAND,

                Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

22-CV-1554 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic pre-settlement conference call on August 17, 2023. The parties did not reach a settlement. The next monthly joint status letter is due **August 25, 2023.** (*See* ECF 109).

    **SO ORDERED.**

Dated: August 18, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge