**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
ALLISON C WICKLAND,                              :
                                                 :
                    Plaintiff,           :        22-CV-1554 (RA) (OTW)
                                                 :
                   -against-              :        **ORDER**
                                                 :
CITY OF NEW YORK, et al.,                        :
                                                 :
                    Defendants.           :
                                                 :
                                                 :
---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        On June 7, 2024, this Court Ordered the parties to file a joint status letter on the last business Friday of each month, "resuming" on June 7, 2024. (ECF 210). Following this order, the parties filed a single joint status letter on June 28, 2024, (ECF 211), but have <u>failed</u> to file joint status letters for the months of July or August. The parties are reminded that this Court's Order was a <u>continuing obligation</u>.

        The parties are hereby **ORDERED** to file an omnibus joint status letter that explains, in detail, what the parties have been up to for the last three months, and why they have failed to file the last two status letters by **September 27, 2024.**

The Court further notes that fact discovery is now **CLOSED**, and expert discovery closes on September 30, 2024. (*See* ECF 205).

**SO ORDERED.**

Dated: September 18, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge