UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON C. WICKLAND,

                Plaintiff,

v.

CITY OF NEW YORK, ET AL.,

                Defendants.

No. 22-CV-1554 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court is in receipt of the parties' September 27, 2024 joint letter addressed to Judge Wang. In light of the Court's Opinion and Order issued earlier today, no later than October 15, 2024, the parties shall advise the Court via letter as to whether they plan to consolidate No. 24-cv-1384, *Wickland v. Poulakos*, with No. 22-cv-1554, *Wickland v. City of New York et al.* In the letter, Plaintiff shall also state whether she plans to dismiss the case against Defendants Kestelman and Lopez, as had been suggested in the parties' joint letter.

SO ORDERED.

Dated:    September 30, 2024
             New York, New York

                                                  Ronnie Abrams
                                                United States District Judge