UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALLISON C WICKLAND,

            Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

            Defendants.

------------------------------------------------------------x

22-CV-1554 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 213.

The parties request for an extension is **GRANTED**. The deadline for expert discovery is hereby extended until **October 31, 2024**.

**SO ORDERED.**

Dated: October 1, 2024
      New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge