**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALLISON C. WICKLAND,

            Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x

22-CV-1554 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 222.

Plaintiff is directed to file their amended complaint by **December 20, 2024.** The remaining defendants are directed to file their answers to the amended complaint by **January 10, 2025.** The parties' motions for summary judgment are due **February 28, 2025.**

**SO ORDERED.**

Dated: December 13, 2024
      New York, New York

                                               *s/ Ona T. Wang*
                                               **Ona T. Wang**
                                               United States Magistrate Judge