**MEMO ENDORSED.**

The parties' request for an extension of the briefing schedule is GRANTED. All motions for summary judgment are due by **Tuesday, April 1, 2025.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J.
Feb. 14, 2025

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISSA JACOBS**
*Senior Counsel*
phone: (212) 356-3540
mobile: (646) 384-5885
ejacobs@law.nyc.gov

**BY ECF**

February 11, 2025

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

   Re: <u>Allison Wickland v. City of New York</u>, *et al.*,
     22-CV-1554 (RA) (OTW)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney representing Defendants City of New York, Sgt. Longley, Officer Ruscillo, and Emergency Medical Technician Quinn (hereinafter "City Defendants") in the above-referenced action. I write with the consent of all the parties to respectfully request an adjournment of the Motion for Summary Judgment deadline, currently set for February 28, 2025, to March 28, 2025 for all the parties.

  By way of background, on December 13, 2024, the Court ordered that any motions for summary judgment be due February 28, 2025. *See* ECF No. 223. On January 31, 2025, the Plaintiff, City Defendants, and Defendant Maldonado wrote a joint letter requesting a settlement conference. *See* ECF No. 230. On February 5, 2025, the Court ordered that a preliminary settlement conference be held on March 5, 2025 at 11:00 am. *See* ECF No. 232. In light of the preliminary settlement conference call being scheduled after motions for summary judgment will be due, the Plaintiff and the Defendants respectfully request that the deadline for their motions for summary judgment be adjourned.

  The parties are hopeful that settlement can be reached and the proposed extension of time will allow for formal settlement discussions to take place. Accordingly, the parties respectfully request an adjournment of Motion for Summary Judgement deadline, currently set for February 28, 2025, to March 28, 2025.

  The parties thank you for your consideration of the requests herein.

- 2 -

Respectfully submitted,

_____/s/ *Elissa B. Jacobs*_____

Elissa Jacobs
*Senior Counsel*

**BY ECF**
*All Counsel of Record*