UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON C. WICKLAND,

                Plaintiff,

        v.

THE CITY OF NEW YORK; DARINKA
MALDONADO, personally; TAYLOR
RUSCILLO, personally; CAMERON
LONGLEY, personally; BENJAMIN QUINN,
personally; NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, AMANY
GALAL, M.D., personally; DANIEL
ECKROTH, M.D., personally; PAUL
POULAKOS, D.O. personally; HAGOP
HAJIAN, M.D., personally; and RACHEL
JOHNSTON RODRIGUEZ, M.D., personally,

                Defendants.

No. 22-CV-1554 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Before the Court are four motions filed pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendants the City of New York, Benjamin Quinn, Taylor Ruscillo, and Cameron Longley move together for summary judgment. Dkt. No. 253. Defendant Darinka Maldonado also moves for summary judgment. Dkt. No. 261. And Defendants New York City Health and Hospitals Corporation, Amany Galal, Daniel Eckroth, Paul Poulakos, Hagop Hajian, and Rachel Johnston Rodriguez move together for summary judgment as well. Dkt. No. 259. Plaintiff Allison Wickland opposes each of these motions and herself moves for partial summary judgment, which all Defendants oppose. Dkt. No. 251. The Court held oral argument on these motions on February 4, 2026.

For reasons that will follow, the Court finds that there are genuine disputes of material fact that preclude the grant of summary judgment on each motion and they are all thus denied.

No later than March 10, 2026, the parties shall submit proposed trial dates to the Court between April 20 and August 15, 2026, noting how long they expect the trial to last.  In addition, they shall notify the Court whether they have any objection with proceeding to mediation at this time or if the Court can otherwise assist the parties with settlement. The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 251, 253, 259, and 261.

SO ORDERED.

Dated:        March 2, 2026
              New York, New York

_____

Ronnie Abrams
United States District Judge