**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ALLISON C WICKLAND,                                  :

                                                     :

              Plaintiff,                        :          22-CV-1554 (RA) (OTW)

                                                     :

              -against-                        :          **SCHEDULING ORDER**

                                                     :

CITY OF NEW YORK, et al.,                            :

                                                     :

              Defendants.                       :

                                                     :

                                                     :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' request to substitute an appearance for

Defendant Maldonado at the in-person settlement conference. (ECF 315). The Court will hold a

Preliminary Settlement Conference Call to discuss the request on **Thursday, May 14, 2026 at**

**3:30 p.m.**. Please call Chambers at 212-805-0260 when all counsel are on the line.

The in-person Settlement Conference will instead be held on **Tuesday, June 09, 2026 at**

**10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and

comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this

Scheduling Order. Parties' are reminded that their Ex Parte Settlement Conference Summary

Forms and Letters shall be submitted by Tuesday, June 02, 2026.

**SO ORDERED.**

                                       *s/ Ona T. Wang*

Dated: April 30, 2026                          **Ona T. Wang**
      New York, New York             United States Magistrate Judge