UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON C. WICKLAND,

           Plaintiff,

      v.

THE CITY OF NEW YORK; DARINKA
MALDONADO, personally; TAYLOR
RUSCILLO, personally; CAMERON
LONGLEY, personally; BENJAMIN QUINN,
personally; NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, AMANY
GALAL, M.D., personally; DANIEL
ECKROTH, M.D., personally; PAUL
POULAKOS, D.O. personally; HAGOP
HAJIAN, M.D., personally; and RACHEL
JOHNSTON RODRIGUEZ, M.D., personally,

           Defendants.

No. 22-CV-1554 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      As discussed at yesterday's conference, the Court adopts the following schedule for pre-trial proceedings and trial in this matter:

1. Plaintiff's new expert report shall be served by September 17, 2026.

2. Defendants' rebuttal report, if any, shall be served by October 19, 2026.

3. Defendants shall provide their responses to Plaintiff's proposed jury instructions, voir dire, and verdict sheet by November 19, 2026.

4. The parties shall file the Joint-Pretrial Order, any motions in limine, and other documents required by the Court's Individual Rules by December 7, 2026.

5. Any opposition to motions in limine shall be filed by December 14, 2026.

6. The final pre-trial conference will take place at 2:30 p.m. on January 14, 2027 at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

7. Trial will begin at 10:00 a.m. on January 19, 2027 at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:     July 2, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge

2