Application granted. The trial, currently scheduled to begin on January 19, 2027, is adjourned to May 10, 2027. The final pretrial conference will be held on May 6, 2027, at 2:00 p.m. No further adjournments will be granted absent good cause.

SO ORDERED.

Hon. Ronnie Abrams
November 13, 2026

LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

November 11, 2026

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Wickland v. City of New York, et al.*
22-cv-1554 (RA) (OTW)

Dear Judge Abrams:

As one of the attorneys for the plaintiff, I am writing this joint letter to the Court to request an adjournment of January 19, 2027 trial date in this action with the consent of all the parties. The reason for the request is that the plaintiff has retained an expert to replace the expert who had a conflict with Defendant NYCHHC, but the new expert has required substantial additional time in which to conduct a review of the extensive record and prepare an expert report addressing the NYCHHC defendants. Defendants therefore will need time to examine the new expert report once I provide it.

Plaintiff's expert report was original scheduled to be provided to defendants on September 17, and the NYCHHC defendants agree to an extension of that date through October 30 at plaintiff's request because of the size of the record. As that second deadline approached, the parties discussed accepting the report on or before November 20 and seeking the Court's approval to adjourn the trial. I am informed that the report is now nearly complete and have no reason that it will not be completed by the November 20 date.

The parties have consulted over proposed trials dates and respectfully request that the Court set this action down for trial for a two-week trial on any of the following dates: (1) May 10, 2027 through May 21; (2) anytime within the period from June 14 through July 2; or (3) any other time, consistent with the Court's calendar after July 5, 2027.

The parties also request that the Court modify the pre-trial deadlines so that: (1) Plaintiff's expert report shall be served on or before November 20, 2026; (2) Defendants' rebuttal report, if any, served on or before February 20, 2027; (3) Defendants to provide their responses to plaintiff's proposed jury instructions, voir dire, and verdict sheet 60 days before trial; (4) the parties file the proposed joint pre-trial order and any motions in limine 45 days before trial; (5) opposition to any motions in limine filed 38 days before trial; and (6) a final pre-trial conference at a date and time to be set by the Court.

Respectfully submitted,

Nathaniel B. Smith

cc:
All Counsel